| | |
|---|---|
| PHILLIP A. TALBERT | |
| United States Attorney | |
| TIMOTHY H. DELGADO | |
| KATHERINE T. LYDON | |
| Assistant United States Attorneys | |
| 501 I Street, Suite 10-100 | |
| Sacramento, CA 95814 | |
| Telephone: (916) 554-2700 | |
| Facsimile: (916) 554-2900 | |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-00139-MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: September 14, 2017 |
| GUILLERMO RUBIO-ALVARADO, OMAR RUBIO-ALVARADO, SEBASTIAN RUBIO-ABOYTE, and FORTINO CHAVARIN-PARRA, | Time: 10:00 a.m. Judge: Hon. Morrison C. England, Jr. |
| Defendants. | |

Plaintiff United States of America, through its undersigned counsel, and Defendants Guillermo Rubio-Alvarado, Omar Rubio-Alvarado, Sebastian Rubio-Aboyte, and Fortino Chavarin-Parra, through their respective counsel of record, stipulate that the status conference currently set for September 14, 2017, be continued to October 26, 2017, at 10:00 a.m.

On August 17, 2017, all four Defendants were arraigned on the three-count Indictment. (ECF No. 20.) Since that time, the United States has been preparing and finalizing all outstanding discovery, which is now complete. On Monday, September 11, the government expects to produce to each defense counsel all relevant discovery in this case. This includes approximately 115 pages of written materials (i.e., the U.S. Forest Service's official report of investigation), as well as a disk containing numerous photos and videos of the incident site. Once these materials are produced, each defense counsel will require time to

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

1

1 review them, to confer with their clients, to conduct further research and investigation about the charged
2 offenses, and to otherwise prepare for trial.

Based on the foregoing, the parties stipulate that the status conference currently set for September 14, 2017, be continued to October 26, 2017, at 10:00 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date this order issues to and including October 26, 2017, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4, based on continuity of counsel and defense preparation.

Counsel and the Defendants also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the Defendants in a speedy trial.

Respectfully submitted,

Dated: September 11, 2017        */s/ Timothy H. Delgado*
                                 TIMOTHY H. DELGADO
                                 Assistant United States Attorney
                                 Attorney for Plaintiff United States

Dated: September 11, 2017        */s/ THD for Kelly Babineau*
                                 KELLY BABINEAU
                                 Attorney for Defendant Guillermo Rubio-Alvarado

Dated: September 11, 2017        */s/ THD for Michael E. Hansen*
                                 MICHAEL E. HANSEN
                                 Attorney for Defendant Omar Rubio-Alvarado

Dated: September 11, 2017        */s/ THD for Mia Crager*
                                 MIA CRAGER
                                 Assistant Federal Defender
                                 Attorney for Defendant Sebastian Rubio-Aboyte

Dated: September 11, 2017        */s/ THD for Vitaly B. Sigal*
                                 VITALY B. SIGAL
                                 Attorney for Defendant Fortino Chavarin-Parra

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the Defendants in a speedy trial.

Time from the date the parties stipulated, up to and including October 26, 2017, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] and General Order 479 (Local Code T4). It is further ordered that the September 14, 2017 status conference shall be continued until October 26, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: September 12, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE