McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
KATHERINE T. LYDON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-00139-MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: April 26, 2018 |
| GUILLERMO RUBIO-ALVARADO, OMAR RUBIO-ALVARADO, and SEBASTIAN RUBIO-ABOYTE, | Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |
| Defendants. | |

Plaintiff United States of America, through its undersigned counsel, and Defendants Guillermo Rubio-Alvarado, Omar Rubio-Alvarado, and Sebastian Rubio-Aboyte, through their respective counsel of record, stipulate that the status conference currently set for April 26, 2018, be continued to May 17, 2018, at 10:00 a.m.[1]

On August 17, 2017, all four Defendants were arraigned on the three-count Indictment. (ECF No. 20.) Since that time, the United States has produced to each defense counsel all discovery relevant to this case. This includes approximately 143 pages of written materials (i.e., the U.S. Forest Service's official report of investigation, and an environmental impact report, among other items), and a disk containing numerous photos and videos of the incident site. Defense counsel require additional time to review these

---

[1] Co-defendant Fortino Chavarin-Parra will appear as scheduled at the April 26, 2018 hearing. The parties expect that he will enter a change of plea at the hearing.

STIPULATION AND ORDER TO CONTINUE STATUS
CONFERENCE

1

1 materials, to confer with their clients, to conduct further research and investigation about the charged
2 offenses, and to otherwise prepare for trial.
3 Based on the foregoing, the undersigned parties stipulate that the status conference currently set for April 26, 2018, be continued to May 17, 2018, at 10:00 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including May 17, 2018, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4, based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the Defendants in a speedy trial.

Respectfully submitted,

Dated:  April 24, 2018          */s/ Timothy H. Delgado*
                                TIMOTHY H. DELGADO
                                KATHERINE T. LYDON
                                Assistant United States Attorneys
                                Attorneys for Plaintiff United States

Dated:  April 24, 2018          */s/ THD for Kelly Babineau*
                                KELLY BABINEAU
                                Attorney for Defendant Guillermo Rubio-Alvarado

Dated:  April 24, 2018          */s/ THD for Michael E. Hansen*
                                MICHAEL E. HANSEN
                                Attorney for Defendant Omar Rubio-Alvarado

Dated:  April 24, 2018          */s/ THD for Mia T. Crager*
                                MIA T. CRAGER
                                Assistant Federal Defender
                                Attorney for Defendant Sebastian Rubio-Aboyte

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the Defendants in a speedy trial.

Time from the date the parties stipulated, up to and including May 17, 2018, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479 (Local Code T4). It is further ordered that the April 26, 2018 status conference be continued until May 17, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: April 26, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

3